cat / div **550/1983/FTL**
Case # _____
Judge _____ Mag **REID**
Motn Ifp **NO** Fee pd $ **0**
Receipt # _____

**IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

**Roderick Lockhart**, Plaintiff

v.

**Officer Lebron**, Defendant

CASE NO _____

FILED BY **PG** D.C.
JUL 3 0 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT

Plaintiff, _____, sues defendant, **200,000**, and alleges: **PUNITIVE DAMAGES**

1. This is an action for damages in the amount of _____ [specify jurisdictional amount]. **2 MILLION DOLLARS COMPENSATORY DAMAGES**

2. Plaintiff resides at **1540 N.W. 31ST WAY** [address], **Fort Lauderdale, FL** [city], **Broward** County, Florida.

3. Defendant resides at _____[address], _____[city], _____ County, Florida *or* Defendant is a Florida Corporation doing business at _____[address], _____[city], _____ County.

4. On _____[date], _____
_____
_____
_____
_____
_____
_____

*[set forth statement of facts on which claim for relief against defendant is based].*

5. Plaintiff is entitled to relief from defendant under the above facts on the basis of

defendant's _____

*[negligence or breach of contract or other legal basis for relief]*, by reason of _UNPROVOKED PHYSICAL RESTRAINT CAUSING MEDICAL ATTENTION_ _____

*[specify facts showing entitlement of plaintiff to relief from defendant].*

6. The items of _____, *[injury or damage]* to which plaintiff is entitled to relief from defendant include: _NECK AND BACK INJURIES_ *[specify]*.

7. *[If expressly provided for by statute or contract, add: Plaintiff has agreed to pay a reasonable attorney's fee and is entitled to recover attorney's fees in this action pursuant to Section _____ of the Florida Statutes or Paragraph _____ of the contract entered into between plaintiff and defendant].*

As a result, plaintiff requests judgment against defendant for damages, _____ *[if applicable, add: attorney fees]*, costs of suit, and any other and further relief as the court may deem proper.

*[If desired, add: Plaintiff, _____ (name), demands a jury trial in the above-entitled action].*

Dated _____.

_____
*[signature]*
Print name:
Print address:
Phone:

# STATEMENT OF CLAIM

1) ON JULY 31ST 2017. AFTER VISITING MY GRANDMOTHER, I DROVE TO WINN DIXIE ON FEDERAL HIGHWAY IN FORT LAUDERDALE, FLA.

2) WHEN I ARRIVED AT WINN DIXIE, BEFORE ENTERING, I COUNTED MY MONEY, AND THEN ENTERED.

3) WHILE INSIDE WINN DIXIE SHOPPING, THE STORE MANAGER FOLLOWING ME, WATCHING ME WHILE INSIDE THE STORE SHOPPING I CONTINUED TO SHOP.

4) IN THE PROCESS OF LEAVING, THE LADY ALLERTED A MALE, WHO APPROACHED ME AS I WALKED TO EXIT THE STORE. I ATTEMPT TO SHOW HIM MY MONEY, AND BEFORE I COULD, HE GRABBED ME AND HANDLED ME AGGRESSIVELY.

5) DURRING THIS EVENT, THE LADY WENT OUTSIDE TO GET A POLICE OFFICER, BEING UNDER THE ASSUMPTION THAT A FIGHT HAD BEGAN.

6) As I continued to walk to leave out of the store, I encountered (Officer Lebron) who immediately pulled his gun out on me. He was appoximatly 10 feet away when he told me to place my hands on my head; I complied.

7) Officer Lebron, approached me as I was exiting Winn-Dixie, gun drawn and aimed at me. After he got behind me, he placed his gun in his holster.

8) Next Officer Lebron then placed me in a choke hold. Choking me as he forced me to the ground. With no regard for the fact that I was no threat, posted no threat and was unarmed.

9) As Officer Lebron choked me, forcing me to the ground, he stated, "Alright nigger I got you now." He then stated, " You fucking crackhead.

10) He placed me into handcuffs after choking me to the ground. Winn Dixie video will confirm this.

11) OFFICER LEBRON THEN PLACED ME INTO HIS PATROL CAR, AND SUBSEQUENTLY TRANSPORTED ME TO THE FORT LAUDERDALE CITY JAIL.

12) I WAS TRANSPORTED FROM FORT LAUDERDALE CITY JAIL, TO BROWARD GENERAL MEDICAL HOSPITAL! WITH NECK AND BACK INJURIES DUE TO CHRONIC PAIN I WAS FEELING WHERE X RAYS WHERE DONE.

13) I HAVE A HISTORY OF MEDICAL DIAGNOSIS AND PHYSICAL LIMITATIONS, DUE TO MY INJURIES AND SURGERIES.

14) AS A RESULT OF ACTIONS OF OFFICER LEBRON, I HAVE BEEN CAUSED TO SUFFER NECK BACK SPASM AND ADDITIONAL PAIN TO MY HERNEATED DISC.

## PRAYER FOR RELIEF

15) PLAINTIFF SEEKS THE SUM OF $2 MILLION DOLLARS IN COMPENSATORY DAMAGES FROM OFFICER LEBRON.

16) PLAINTIFF SEEKS THE SUM OF $200,000 IN PONITIVE DAMAGES FROM OFFICER LEBRON.

I SWEAR AND AFFIRM, THAT THE FACTS STATED HEREIN, ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER THE PENALTY OF PERJURY EXECUTED ON THIS 26TH DAY OF JULY 2019

*Roderick D. Lockhart*
Roderick D. Lockhart
1548 N.W 31ST WAY
FORT LAUDERDALE FLA 33311

Roderick Lockhart
1518 NW 31st Way
Fort Lauderdale, Florida - 33311

United States District Court
Southern District of Florida
Office of the Clerk - Room SN09
400 North Miami Avenue
Miami, Florida 33128-7716

U.S. POSTAGE PAID
FCM LETTER
MIAMI, FL
33147
JUL 29, 19
AMOUNT
$0.45
R2304Y122148-21